IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP GARRETT SIMPSON,<br><br>Defendant. | Criminal No. 1:13-cr-383-9<br><br>Hon. Liam O'Grady<br><br>Hearing Date: May 2, 2014 |

**GOVERNMENT'S RESPONSE TO DEFENDANT SIMPSON'S
APPLICATION TO INVOKE RULE 17 SUBPOENA POWER**

Defendant Simpson requests this Court to disclose to the defendant information from presentence reports of co-defendants or co-conspirators, or order the government to produce such reports or portions thereof. Dkt. No. 136. This motion appears to be, at the very least, premature because the government is unaware of any presentence reports existing for any co-defendants or co-conspirators. It would also appear that neither does the defendant, since no co-defendants or co-conspirators have been identified in the request. That makes the request also irrelevant.

Moreover, the government has not yet produced a witness list in this matter, and as such, neither co-defendants nor co-conspirators have been identified as government witnesses. If the defendant's motion is referring to the defendants in the case in the Northern District of California (N.D. Cal. No. 5:11-cr-471 filed July 13, 2011, San Jose Division) as such co-conspirators for which he seeks presentence reports, the sentencing in that matter is scheduled for

December 4, 2014, and it is unlikely presentence reports have been prepared at this point. Even if they were to exist, the government does not possess any of these reports.

Because this motion is premature, the government asks the Court to deny the defendant's request without prejudice. If at such time the government discloses convicted co-defendants or convicted co-conspirators as government witnesses, and the defendant makes a motion for presentence reports, a proper government response to that motion can be made.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant U.S. Attorneys
U.S. Attorney's Office
        Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: alexander.nguyen@usdoj.gov
Email: jay.prabhu@usdoj.gov

Richard D. Green
Senior Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section

Date: <u>April 18, 2014</u>

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2014, I electronically filed the foregoing

GOVERNMENT'S RESPONSE TO DEFENDANT SIMPSON'S APPLICATION TO

INVOKE RULE 17 SUBPOENA POWER with the Clerk of Court using the

CM/ECF system, which will send a notification of that electronic filling (NEF) to:

John C. Kiyonaga
108 North Alfred Street
Alexandria, VA 22314
john@johnckiyonaga.com

William Todd Watson
Federal Public Defender's Office (EDVA)
1650 King St., Suite 500
Alexandria, VA 22314
todd_watson@fd.org

Marina Medvin
MEDVIN LAW
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
marina@medvinlaw.com

John O. Iweanoge, II
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017
joi@iweanogesfirm.com

James W. Hundley
Briglia Hundley Nuttall & Lopez, P.C.
1921 Gallows Rd.
Vienna, VA 22182
jhundley@bhnklaw.com

Elita C. Amato
1600 Wilson Blvd., Suite 205
Arlington, VA 22209
amato.law@comcast.net

William Loeffler
60 E D St.
Brunswick, MD 21716
williamodouglas@aol.com

Drewry B. Hutcheson, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, VA 22314
hutch365@msn.com

Gregory B. English
601 King St. Ste 406
Alexandria, VA 22314
gbeuva@gmail.com

Jessica Nicole Carmichael
Patrick N. Anderson & Asso., P.C., Ste. 310
333 N. Fairfax Street
Alexandria, VA 22314
jcarmichael@pnalaw.com

Gretchen Lynch Taylor
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
gretchen@taylorlawco.com

Gary H. Smith
601 King Street, #203
Alexandria, VA 22314
smithgh58@aol.com

John Louis Machado
Law Office of John Machado
503 D Street NW, Suite 310
Washington, DC 20001
johnmachadoesq@kreative.net

Joseph Stanton Abrenio
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
joseph.abrenio@leclairryan.com

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
    Alexander T.H. Nguyen
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Phone: (703) 299-3700
    Fax: (703) 299-3980
    Email: alexander.nguyen@usdoj.gov