**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Docket No.: 1:13-CR-383-9** |
| | )      **(Judge O'Grady)** |
| **PHILLIP SIMPSON,** | ) |
|      **DEFENDANT** | ) |

**DEFENSE MOTION TO AUTHORIZE TRAVEL FUNDS**

**COMES NOW** the defendant, Philip Simpson, by Gregory B. English, his court-appointed attorney, and hereby requests, pursuant to 18 U.S.C. §4285, an order directing the U.S. Marshals Service to pay for defendant's travel and lodging expenses for the upcoming trial scheduled to begin on October 7, 2014.

Mr. Simpson has been found indigent by this court for purposes of representation.   Travel from his home in Arizona to this court would be prohibitively expensive.

Accordingly, the defendant requests that his travel expenses for the trial be provided by the U. S. Marshals Service.

A proposed order implementing this request is appended for this court to consider.

Respectfully submitted,

/s/

_____

Gregory B. English, VA Bar #25928
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (571) 312-6445
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**


| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Docket No.: 1:13-CR-383-9** |
| | )         **(Judge O'Grady)** |
| **PHILLIP SIMPSON,** | ) |
| **DEFENDANT** | ) |


## <u>ORDER</u>

**UPON CONSIDERATION** of defendant Phillip Simpson's Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. §4285, requesting that the United States Marshals Service make travel arrangements to bring defendant Phillip Simpson from Arizona, to appear in this court at the trial 10:00 a.m. on October 7, 2014, and return him home at the conclusion of the proceeding, and good cause having been shown. It is therefore, this _____ day of June, 2014,

**ORDERED**, that the motion be, and hereby is, **GRANTED**.

It is **FURTHER ORDERED**, that the United States Marshals Service provide

the defendant round trip transportation from his home in Arizona to  Alexandria,

Virginia, for his 10:00 a.m. trial on October 7, 2014.

**SO ORDERED**.


_____
Liam O'Grady
United States District Judge

cc: United States Marshals Service
    Prisoner Coordination Section

## **<u>Certificate of Service</u>**

I hereby certify that a true copy of the foregoing motion with proposed order was electronically filed with the Clerk of the Court using the CM/ECF system this 25th day of June, 2014, which will send a notification of such filing (NEF) to the following persons and all counsel of record:

> Alexander T. H. Nguyen and Jay V. Brabhu
> Assistant U.S. Attorneys
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314

/s/
_____
Gregory B. English

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No.: 1:13-CR-383-9** |
| | ) | **(Judge O'Grady)** |
| **PHILLIP SIMPSON,** | ) | |
| **DEFENDANT** | ) | |

<u>**ORDER**</u>

This matter came before the court on defendant Phillip Simpson's Motion for Permission to Travel.

For the reasons stated in the motion, and for good cause,

It is hereby **ORDERED** that the Defense Motion for Permission to Travel is **GRANTED**.  Accordingly, the defendant may travel from Arizona to Chicago from July 29 through July 31, 2014.

**SO ORDERED** the _____ day of May, 2014.


_____

Liam O'Grady
United States District Judge