IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No.: 1:13-CR-383-9 |
| ) | (Judge O'Grady) |
| PHILLIP SIMPSON, ) | |
| DEFENDANT ) | |

## ORDER

**UPON CONSIDERATION** of defendant Phillip Simpson's Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. §4285, requesting that the United States Marshals Service make travel arrangements to bring defendant Phillip Simpson from Arizona, to appear in this court at the trial 10:00 a.m. on October 7, 2014, and return him home at the conclusion of the proceeding, and good cause having been shown. It is therefore, this 26th day of June, 2014,

**ORDERED**, that the motion be, and hereby is, **GRANTED**.

It is **FURTHER ORDERED**, that the United States Marshals Service provide the defendant round trip transportation from his home in Arizona to Alexandria, Virginia, for his 10:00 a.m. trial on October 7, 2014.

**SO ORDERED.**

_____
Liam O'Grady
United States District Judge

cc: United States Marshals Service
 Prisoner Coordination Section