IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 1:13-CR-383-9 |
| | ) (Judge O'Grady) |
| PHILLIP SIMPSON, | ) |
| DEFENDANT | ) |

### ORDER

This matter came before the court on defendant Phillip Simpson's Motion for Permission to Travel.

For the reasons stated in the motion, and for good cause,

It is hereby **ORDERED** that the Defense Motion for Permission to Travel is **GRANTED**. Accordingly, the defendant may travel from Arizona to Chicago from July 29 through July 31, 2014.

SO ORDERED the 26th day of June, 2014.

_____
Liam O'Grady
United States District Judge