IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Docket No.: 1:13-CR-383-9 |
| ) | (Judge O'Grady) |
| PHILLIP SIMPSON,         ) | |
|    DEFENDANT         ) | |

**SECOND DEFENSE MOTION TO AUTHORIZE TRAVEL FUNDS**

COMES NOW the defendant, Phillip Simpson, by Gregory B. English, his court-appointed attorney, and hereby requests, pursuant to 18 U.S.C. §4285, an order directing the U.S. Marshals Service to pay for defendant's travel and lodging expenses for his upcoming guilty plea on August 19, 2014 and subsequent sentencing which is not yet scheduled. We request that he be allowed to travel on August 17, 2014 and depart on August 19, 2014 because he is scheduled to meet with the prosecutors on August 18, 2014.

Mr. Simpson has been found indigent by this court for purposes of representation. Travel from his home in Arizona to this court would be

prohibitively expensive. The court has previously authorized travel expenses for the trial date of October 7, 2014, an order which is now moot.

Accordingly, the defendant requests that his travel expenses and subsistence for this trip be provided by the U.S. Marshals Service.

A proposed order implementing this request is appended for this court to consider.

Respectfully submitted,

/s/
_____
Gregory B. English, VA Bar #25928
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (571) 312-6445
*Counsel for Defendant*

## Certificate of Service

I hereby certify that a true copy of the foregoing motion with proposed order was electronically filed with the Clerk of the Court using the CM/ECF system this 1st day of August, 2014, which will send a notification of such filing (NEF) to the following persons and all counsel of record:

>Alexander T. H. Nguyen and Jay V. Brabhu
>Assistant U.S. Attorneys
>2100 Jamieson Avenue
>Alexandria, Virginia 22314

/s/
_____
Gregory B. English

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No.: 1:13-CR-383-9 |
| ) | (Judge O'Grady) |
| PHILLIP SIMPSON, ) | |
| DEFENDANT ) | |

### ORDER

**UPON CONSIDERATION** of defendant Phillip Simpson's Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. §4285, requesting that the United States Marshals Service make travel arrangements to bring defendant Phillip Simpson from Arizona, to appear in this court for his plea at 11:00 a.m. on August 19, 2014, and return him home at the conclusion of the proceeding, and good cause having been shown.  It is therefore, this _____ day of August, 2014,

**SO ORDERED,** that the motion be, and hereby is**, GRANTED.**

**It is FURTHER ORDERED,** that the United States Marshals Service provide the defendant round trip transportation from his home in Arizona to Alexandria, Virginia and subsistence, on August 17, 2014 to return on August 19, 2014.

**SO ORDERED.**

_____

Liam O'Grady
United States District Judge

cc: United States Marshals Service
    Prisoner Coordination Section